IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| USX CORPORATION AND<br>HEATHERWOOD GOLF CLUB, INC.<br><br>   *Plaintiffs*,<br><br>v.<br><br>TIECO, INC.; ATOZ MANAGEMENT,<br>INC.; AND FLETCHER YIELDING,<br><br>   *Defendants/Counterclaimants* | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NUMBER<br>)   95-C-3237-S<br>)<br>)<br>)<br>)<br>) |

MEMORANDUM OPINION AWARDING ATTORNEYS' FEES AND COSTS

Defendants' (hereinafter collectively referred to as "Tieco") attorneys, the law firm of White, Dunn, and Booker originally petitioned the Court to award them Two Hundred Fifty-Two Thousand, Nine Hundred Seventy Dollars and Seventy-Six Cents ($2,252,970.76) for legal services rendered and incidental costs incurred in representing Defendants/Counterclaimants in the *USX v. Tieco* civil proceeding. This number reflects 5,627.4 hours billed at $250 per hour, minus fees claimed in defending the criminal case, plus costs and expenses, and a 100% enhancement.

On March 3, 2000, an attorney's fee hearing was held at the Hugo L. Black Federal Courthouse in Birmingham, Alabama. Counsel for both parties stipulated that Tieco's attorneys expended 3,853.5 hours in the prosecution of its section 1983 claims. The Court allowed Tieco's attorneys ten days to file an *Amended Bill of Costs* and a supporting brief.

347

Based upon a review of the *Verified Attorney's Fee Application*, the supporting and opposing memoranda of law, and the *Amended Bill of Costs*, the Court makes the following findings:

1. J. Mark White expended 1,579.94 hours in prosecuting this case. Attorney White will be compensated at the rate of three hundred dollars ($300.00) per hour.

2. Linda G. Flippo expended 1,734.08 hours in prosecuting this case. Attorney Flippo will be compensated at the rate of two hundred twenty-five dollars ($225.00) per hour.

3. Stephen R. Arnold expended 269.74 hours in prosecuting this case. Attorney Arnold will be compensated at the rate of two hundred fifty dollars ($250.00) per hour.

4. William M. Bowen expended 192.67 hours in prosecuting this case. Attorney Bowen will be compensated at the rate of two hundred fifty dollars ($250.00) per hour.

5. George W. Andrews expended 77.07 hours in prosecuting this case. Attorney Andrews will be compensated at the rate of two hundred fifty dollars ($250) per hour.

6. Due to the unusual circumstances of this case, the exceptional results earned by the White, Dunn, and Booker law firm, and as a further sanction for Plaintiffs' contumacious conduct, the lodestar for the respective Tieco attorneys will be enhanced by

one third.[1]

7. Defendants' counsel incurred One Hundred Ten Thousand, Seven Hundred and Forty-Four Dollars and Forty-One Cents ($110,744.41) in litigation costs prosecuting the section 1983 claims.

For the foregoing reasons, the Court concludes that Defendant's counsel is entitled to One Million Four Hundred Forty-Two Thousand Seven Hundred Sixty-Nine Dollars and Twenty-Seven Cents ($1,442,769.27) for services rendered and costs incurred prosecuting this action in court.

DONE this 28th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE
U.W. CLEMON

---

[1] As a result of the one-third enhancement, the respective lodestar for each attorney is $400 for Mark White; $333.33 for Stephen R. Arnold, William M. Bowen, and George W. Andrews; $300 for Linda Flippo.